UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JENNIFER M. PONTERIO,

    Plaintiff,

v.                                              Case No. 8:22-cv-2224-KKM-AEP

W.S. BADCOCK CORPORATION,

    Defendant.
_____

## ORDER

    The parties notified the Court that they have settled this case. (Doc. 19.) Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). Within **60 days** of this order, the parties may submit a stipulated judgment or move to reopen the action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 60-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Tampa, Florida, on February 6, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge